*United States District Court*
*District of New Jersey*

**UNITED STATES OF AMERICA**

v.

**AARON MORRIS**

**WARRANT FOR ARREST**

**Mag. No.: 06-3632**

To:     The United States Drug Enforcement Administration
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **AARON MORRIS, and bring him forthwith to the nearest magistrate to answer a(n)**

__ Indictment __ Information _x_ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

knowingly and intentionally, conspiring and agreeing with others to distribute and to possess with intent to distribute, quantities of 3,4-methylenedioxymethamphetamine ("MDMA"), a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 860(b)(1)(C).

In violation of Title 21, United States Code, Section 846

Hon. Mark Falk
**Name of Issuing Officer**

**Signature of Issuing Officer**

United States Magistrate Judge
**Title of Issuing Officer**

October 24, 2006  Newark, New Jersey
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

DEFENDANT'S NAME: Aaron Morris
ALIAS:
LAST KNOWN RESIDENCE:
LAST KNOWN EMPLOYMENT:
PLACE OF BIRTH:
DATE OF BIRTH: 01-24-1978
SOCIAL SECURITY NUMBER: 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

        HEIGHT:                          WEIGHT:
        SEX: Male                        RACE:
        HAIR:                            EYES:
SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:
COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: U.S. Drug Enforcement Administration