PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Aaron Morris

Cr.: 2-CR-07-461(1)
PACTS Number: 47410

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 09/09/10

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute MDMA

Original Sentence: Time served followed by 3 years supervised release and $100 special assessment.

Type of Supervision: Supervised release                    Date Supervision Commenced: 09/09/10

## PETITIONING THE COURT

[  ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows.  The addition of the following special
        condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not
prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing
to ensure compliance.  It is further ordered that you shall submit to evaluation and treatment, on an
outpatient or inpatient basis, as approved by the U.S. Probation Office.  You shall abide by the rules of
any program and shall remain in treatment until satisfactorily discharged by the Court.  You shall alert
all medical professionals of any prior substance abuse history, including any prior history of prescription
drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

On January 28, 2011, a probation officer in the Western District of North Carolina conducting a pre-
transfer home assessment with Morris discovered a quantity of marijuana in plain view.  The marijuana was
turned over to local authorities and, on February 3, 2011, Morris was issued a citation for possession of
marijuana, a misdemeanor offense.  The charge is pending in North Carolina state court with a scheduled
appearance on April 18, 2011.  Morris subsequently admitted smoking marijuana as a method of self-
medication to ease physical pain.

Respectfully submitted,

By: Adriana Garcia
      U.S. Probation Officer
Date: 04/11/11

PROB 12B - Page 2
Aaron Morris

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 2, 2011
_____
Date