PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Aaron Morris                                   Cr.: 2:CR-07-462(1)
                                                                 PACTS Number: 47410

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 09/09/10

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute MDMA

Original Sentence: Time served followed by 3 years supervised release. $100 special assessment. Special condition: drug testing and treatment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 09/09/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE  (200 hours over a period of two years or less)

You shall contribute 200 hours of community service work over a period two years or less, from the date of the imposition of this condition. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On May 13, 2011, and June 27, 2011, Morris submitted to drug testing using oral swabs. Specimen numbers R1666011 and R0943274, collected on the aforementioned dates, returned positive from the National Testing Lab for the presence of THC, i.e., marijuana.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 07/21/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

August 16, 2011
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE  (200 hours over a period of two years)

You shall contribute 200 hours of community service work over a period of 2 years or less, from the date of the imposition of this condition. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer             Supervised Releasee
Adriana Garcia                     Aaron Morris

_____
7/29/11
DATE

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **WILFREDO TORRES**<br>CHIEF PROBATION OFFICER<br><br>**THOMAS C. MILLER**<br>DEPUTY CHIEF PROBATION OFFICER | July 21, 2011 | **SUPERVISION UNIT**<br>20 WASHINGTON PLACE<br>6ᵀᴴ FLOOR<br>NEWARK, NJ 07102-3172<br>(973) 645-6161<br>FAX: (973) 645-2155<br><br>www.njp.uscourts.gov |

Honorable Dickinson R. Debevoise
Martin Luther King, Jr.
Federal Building and United States Courthouse
50 Walnut Street, Room 5083
Newark, New Jersey 07102

                                                                   **RE: MORRIS, Aaron**
                                                                   **Docket #: 2-CR-07-462(1)**
                                                                   **Request for a Modification to the Conditions**

Dear Judge Debevoise:

On September 9, 2010, the above-referenced was sentenced by Your Honor to time served (in custody from 11/26/2006 to 09/09/2010), followed by three years supervised release, for a conviction of Conspiracy to Distribute and Possess with Intent to Distribute MDMA. A $100 special assessment was imposed, and on May 2, 2011, a special condition that Morris submit to drug testing and treatment was ordered. On July 12, 2011, the probation office forwarded to the Court a Probation 12A Form, *Notice of Noncompliance*, advising of a recent arrest in Jersey City, New Jersey, for possession of marijuana; however, at the time, we sought no action other than a formal judicial written reprimand.

On September 9, 2010, Morris commenced his term of supervised release. Since that time, Morris has submitted to two drug screens using an oral swab instrument. On May 13, 2011, and June 27, 2011, specimen numbers R1666011 and R0943274, respectively, were collected and forwarded to the National Testing Lab for confirmation. Both specimens returned positive for the presence of THC, i.e., marijuana.

Morris is currently unable to work as he's under extensive medical care to treat several medical conditions, including end-stage renal failure, diabetes, a deep bone infection, and coronary disease. Given Morris' medical condition, the probation office feels that Morris would greatly benefit from ongoing medical and substance abuse treatment, rather than incarceration. As a sanction for his ongoing drug use, however, we kindly request that his conditions of supervision be modified to include 200 hours of community service. As indicated by the attached Probation Form 49, *Waiver of Hearing to Modify Conditions of Supervised Release*, Morris agrees to the modification and has waived his right to a hearing. The probation office will continue monitor any drug use through a referral for substance abuse treatment and increased drug testing.

Unless Your Honor considers otherwise, we ask that you review the enclosed documents and sign the Probation 12B Form authorizing the modification. If Your Honor requests an alternative course of action, please contact the undersigned at (973) 289-9167. We will make ourselves available should the Court wish to discuss the matter.

                                                                   Respectfully submitted,

                                                                  WILFREDO TORRES, Chief
                                                                   U.S. Probation Officer
                                                                   By: Adriana Garcia
                                                                   U.S. Probation Officer

cc: Brian Urbano, Assistant United States Attorney